TENNESSEE TIE COMPANY, Movant, v. Eugene Ray COE, by His Next Friend, Mae Coe, Opposed.

Court of Appeals of Kentucky.

May 7, 1940.

Ben V. Smith & Son for movant.

B. J. Bethurum, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

CAMPBELL, Incorporated, Movant, v. Fred E. PIERCE et al., Opposed.

Court of Appeals of Kentucky.

June 7, 1940.

Jay Harlan for movant.

Henry Jackson, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

W. S. ROGERS, doing business as the Boyle Wholesale Liquor Company, Movant, v. Fred E. PIERCE et al., Opposed.

Court of Appeals of Kentucky.

June 7, 1940.

Jay Harlan for movant.

Henry Jackson, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.